**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | Robert J. Salazar and Elia Salazar v. HP Texas I LLC d/b/a HP Texas LLC, HPA Texas Sub 2016-1 LLC, Ser Texas LLC, and Pathlight Property Management Co. |
| Appellate case numbers: | 01-19-00926-CV |
| Trial court case number: | 2019-17589 |
| Trial court: | 127th District Court of Harris County |
| Date motion filed: | October 6, 2021 |
| Parties filing motions: | Appellants Robert J. Salazar and Elia Salazar |

It is ordered that the appellants' motion for rehearing is **denied**. *See* TEX. R. APP. P. 49.1, 49.3.

Judge's signature:   /s/ April L. Farris
        ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Farris.

Date: November 2, 2021